BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $12,185.00 IN U.S. ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:11-CV-00040-AWI-MJS <br><br> **APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant approximately $12,185.00 in U.S. Currency (hereafter "defendant currency") was seized at 4449 N. Emerson in the city of Fresno located in Fresno County, California, and is in the custody of the U.S. Marshals Service, Eastern District of California. The Drug Enforcement Administration published notice of the non-

judicial forfeiture of the defendant currency on August 30, September 6, and September 13, 2010, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/27/11                          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Alyson A. Berg (for)
                                       KELLI L. TAYLOR
                                       Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   January 27, 2011            /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE