

FILED

FEB 0 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )  1:11-CV-00040-AWI-MJS
                                    )
12           Plaintiff,             )  **ORDER REGARDING CLERK'S ISSUANCE**
                                    )  **OF WARRANT FOR ARREST OF**
13    v.                            )  **ARTICLES *IN REM***
                                    )
14 APPROXIMATELY  $12,185.00  IN  U.S. )
   CURRENCY,                        )
15                                  )
             Defendant.             )
16                                  )
                                    )
17
18        WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on January 10, 2011,

19 in the United States District Court for the Eastern District of California, alleging that the defendant

20 Approximately $12,185.00 in U.S. Currency (hereafter "defendant currency") is subject to

21 forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21

22 U.S.C. §§ 841 *et seq.*;

23        And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

24 the affidavit of Drug Enforcement Administration Special Agent Brent Coup, there is probable cause

25 to believe that the defendant currency so described constitutes property that is subject to forfeiture

26 for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem*

27 exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

28

1 | Claims and Asset Forfeiture Actions;

2 |     IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern

3 | District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

5 | Dated:    1 | 31 | 2011

       GARY S. AUSTIN
       United States Magistrate Judge

Order Regarding  Clerk's Issuance of
Warrant For Arrest of Articles *In Rem*