1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900



6  Attorneys for Plaintiff

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )   1:11-CV-00040-AWI-MJS
                                      )
12         Plaintiff,                 )   **FINAL JUDGMENT OF FORFEITURE**
                                      )
13      v.                            )
                                      )
14 APPROXIMATELY $12,185.00 IN U.S.   )
   CURRENCY,                          )
15                                    )
           Defendant.                 )
16                                    )
                                      )
17 _____  )

18         Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

19      1.  This is a civil forfeiture action against the defendant approximately $12,185.00 in
20 U.S. Currency (hereafter "defendant currency").

21      2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on January 10,
22 2011, alleging said defendant currency is subject to forfeiture to the United States of America
23 pursuant to 21 U.S.C. § 881(a)(6).

24      3.  On February 1, 2011, the Clerk issued a Warrant for Arrest for the defendant
25 currency, which was duly executed on February 18, 2011.

26      4.  Public notice of the forfeiture action was published on the official internet
27 government forfeiture site www.forfeiture.gov for at least 30 consecutive days beginning February
28 12 , 2011, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions. The Declaration of Publication was filed with the Court on March 23, 2011.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

   a. Alexander Sierra

6. Potential claimant Alexander Sierra states he is the sole owner of the defendant currency, and has sole authority to enter into this agreement.

7. No parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Potential Claimants Alexander Sierra, Frank Sierra, Aliera Sierra, and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $6,092.50 of the defendant approximately $12,185.00 in U.S. Currency, together with any interest that may have accrued on this amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 45 days of entry of this Final Judgment of Forfeiture, $6,092.50 of the defendant approximately $12,185.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to potential claimant Alexander Sierra through his attorney Daniel A. Bacon at 5200 North Palm, Suite 408, Fresno, CA 93704-2225.

5. That plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.

The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about January 10, 2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties shall bear their own costs and attorneys' fees.

8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 22nd day of April, 2011.

_____
ANTHONY W. ISHII
Chief United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed January 10, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated: 4-22-11

_____
ANTHONY W. ISHII
Chief United States District Judge